40 A.3d 1231

**Carlton F. ANDERSON, pro se, Petitioner**

v.

**The COMMONWEALTH COURT OF PENNSYLVANIA, et al., Respondent.**

**No. 156 EM 2011.**

Supreme Court of Pennsylvania.

March 28, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of March, 2012, the Application for Leave to File Original Process is **GRANTED.** and the

Petition for Writ of Mandamus and/or Extraordinary Relief and the "Motion for Article IX Authentication" are **DENIED.**